ORIGINAL

FILED
AUG 7 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

Lunda Construction Company
620 Gebhardt Road
Black River Falls, Wisconsin 54615,

Plaintiff,

v.

The United States,

Defendant.

08-563 C

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Lunda Construction Company makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

YES ☐ NO ☑

If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

YES ☐ NO ☑

If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

Respectfully submitted this 6 day of August, 2008.

KEVIN M. LONG

QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497
Phone: 414-277-5163
Fax: 414-978-8963
Attorneys for Plaintiff, Lunda Construction Company