IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUNDA CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-563C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Scott Thomas Palmer, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Scott Thomas Palmer
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12112
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Scott Thomas Palmer
SCOTT THOMAS PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
TEL.: (202) 307-6299
FAX: (202) 307-0972
E-mail: Scott.Palmer@usdoj.gov

Dated: August 20, 2008

CERTIFICATE OF FILING

I hereby certify that on the 20th day of August, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Thomas Palmer